# VERIFICATION

Pursuant to 28 U.S.C. § 1746, I, John Michael Tomaso, Jr., declare the following:

1. I have personal knowledge of the matters alleged in the foregoing Verified Complaint.

2. The allegations contained therein are true and accurate.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of October, 2012.

*/s/ John M. Tomaso*

John Michael Tomaso, Jr.