

# Fwd: Fw: Liberty Coins
1 message

**Maurice Thompson** <mthompson@ohioconstitution.org>          Mon, Oct 29, 2012 at 10:53 AM
To: Ryan Walters <rwalters@ohioconstitution.org>, Ryan Walters <walters1976@gmail.com>

---------- Forwarded message ----------
From: gwendolyn Tomaso <gwentomaso@yahoo.com>
Date: Fri, 19 Oct 2012 12:13:11 -0700 (PDT)
Subject: Fw: Liberty Coins
To: "mthompson@ohioconstitution.org" <mthompson@ohioconstitution.org>

----- Forwarded Message -----
From: "McCartney, Amanda" <Amanda.McCartney@com.state.oh.us>
To: 'gwendolyn Tomaso' <gwentomaso@yahoo.com>
Sent: Friday, October 19, 2012 1:52 PM
Subject: RE: Liberty Coins

Mr. Tomaso,

To provide any further response would constitute providing legal
advice and the Division will not give legal advice.  You will need to
hire an attorney to answer questions about the law or interpreting the
law.

Secondly, you cannot buy any gold or silver without a license.  You
must cease all illegal activities immediately as each violation is
subject to a $10,000 fine and criminal sanctions as I have previously
outlined.

Amanda McCartney

From:gwendolyn Tomaso [mailto:gwentomaso@yahoo.com]
Sent: Friday, October 19, 2012 11:47 AM
To: McCartney, Amanda
Subject: Re: Liberty Coins

Ms. McCartney,
    Thank you for your quick response, and for giving the extra time
for this. As just a quick follow up, can you give any reasons that you
are referring to in my sixth question , where you say "there are many
reasons for the law"? If not, could you direct me to some source(s)
that could give some explanation (other than the law itself, which
does not provide any reasons for it). I've looked all over the Dept.
of Commerce website, and can't find anything on this.

    Also, to clarify your answer to my fifth question, is it the

position of the Dept. of Commerce that I cannot buy gold and silver items, even if I stop all advertising, solicitation, etc.? Thank you, again, for your consideration.

Mike Tomaso


From:"McCartney, Amanda" <Amanda.McCartney@com.state.oh.us>
To: 'gwendolyn Tomaso' <gwentomaso@yahoo.com>
Sent: Wednesday, October 17, 2012 2:37 PM
Subject: RE: Liberty Coins
John,

Thank you for your response.  I have no issues with the extension of time needed.

To answer your specific questions:

(1)    What kind of advertising triggers the requirement to get a license?

R.C. 4728.02(A) states, "[N]o person shall act as a precious metals dealer without first having obtained a license from the division of financial institutions in the department of commerce."

R.C. 4728.01(A) defines precious metals dealer as "a person who is engaged in the business of purchasing articles made of or containing gold, silver, platinum, or other precious metals or jewels of any description if, in any manner, including any form of advertisement or solicitation of customers, the person holds himself, herself, or itself out to the public as willing to purchase such articles."
(emphasis added)

(2)    Specifically, as I understand it, the advertising that created the enforcement action against me was the small sign in my store that stated "We Buy Gold." Is that correct? (Your letter states that my business "held itself out to the public as willing to purchase precious metals via signage at the store location").

The Division has evidence of:
·      "We Buy Gold" sign in your store window
·      "Buying Gold & Silver" freestanding sign outside your store's door
·      Newspaper advertisements
·      An 8/22/12 article in the Delaware Gazette (where you are quoted several times) which states your shop purchases precious metals
·      Liberty Coins business card which states "Gold and Silver Scrap, Buy – Sell – Trade"

(3)    Is there any other advertising that I have done that has caused the investigation against me?

Please see my answer to the above question.  Each of the above violations can impose a fine and is a first degree misdemeanor for the first offense and a fifth degree felony for each subsequent offense.

(4)    Is it possible for me to forego obtaining a license if I do not advertise?

You are not in any way required to get a license. Licensure is needed
if you plan to continue dealing in precious metal dealer activity.
Simply ceasing advertising does not eliminate the need for a license.
Ceasing precious metal business in its entirety is the only way for
forego the need for a license.

(5)   If I were to advertise through a general website or phone book
advertisement that only had my business name, address, and phone
number, without any references to buying gold or silver, would that
require me to get a license?

No. So long as you are doing no precious metal dealings, you do not
need a license. Dealing in precious metal dealer activity and/or
holding yourself out to the public as willing to so (via advertising
or other solicitation) is when a license in mandatory. As stated
above, ceasing precious metal business in its entirety is the only way
for forego the need for a license.

(6)   What is the overriding purpose of these regulations? I am
researching the background on this law, and I cannot find anything
describing why these laws were originally passed, or why they are
being so vigorously enforced today.

There are many reasons for this necessity of this law. I am not in a
position to provide you with the background of the legislation. I
would direct you to review Ohio Revised Code Chapter 4728.


 Amanda K. McCartney
Consumer Finance Attorney
Ohio Department of Commerce
Division of Financial Institutions
77 S. High St., 21st Floor, Columbus, OH 43215
Direct 614.466.6434, Fax 614.222.3671
http://www.com.ohio.gov/
This message and any response to it may constitute a public record and
thus may be publicly available to anyone who requests it.
PPlease consider the environment before printing this e-mail




From:gwendolyn Tomaso [mailto:gwentomaso@yahoo.com]
Sent: Wednesday, October 17, 2012 12:04 PM
To: McCartney, Amanda
Subject: Liberty Coins


*********************************************************************
The information transmitted is intended solely for the individual or
entity to which it is addressed and may contain confidential and/or
privileged material. Any review, retransmission, dissemination or
other use of or taking action in reliance upon this information by
persons or entities other than the intended recipient is prohibited.
If you have received this email in error please contact the sender and
delete the material from any computer.
*********************************************************************

**********************************************************************************

The information transmitted is intended solely for the individual or
entity to which it is addressed and may contain confidential and/or
privileged material. Any review, retransmission, dissemination or
other use of or taking action in
 reliance upon this information by persons or entities other than the
intended recipient is prohibited. If you have received this email in
error please contact the sender and delete the material from any
computer. **********************************************************************************

--
Maurice A. Thompson
Executive Director
1851 Center for Constitutional Law
208 E. State Street
Columbus, Ohio 43215
Tel: (614) 340-9817
Fax: (614) 365-9564
www.OhioConstitution.org