Civil Action No. 2:12-cv-00998

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Amanda K. McCartney, Consumer Finance Attorney, Ohio Department of Commerce

was received by me on *(date)* 10/29/2012.

☒ I personally served the summons on the individual at *(place)*

on *(date)* 10/30/2012 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
, a person of suitable age and discretion who resides there,
on *(date)* , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* , who is
designated by law to accept service of process on behalf of *(name of organization)*
on *(date)* ; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*:

My fees are $ for travel and $ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 10/30/2012

*S. Walt*
Server's signature

Ryan D. Walters, Attorney-at-Law
Printed name and title

1851 Center For Constitutional Law
208 E. State Street
Columbus, Ohio 43215
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* David Goodman, Director, Ohio Department of Commerce
was received by me on *(date)* 10/29/2012.

☐ I personally served the summons on the individual at *(place)*
 on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
, a person of suitable age and discretion who resides there,
on *(date)* , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Linda Brown , who is
designated by law to accept service of process on behalf of *(name of organization)* Ohio Department of Commerce
on *(date)* 10/30/2012 ; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*:

My fees are $ for travel and $ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date:

*Server's signature*

Ryan D. Walters, Attorney-at-Law
*Printed name and title*

1851 Center For Constitutional Law
208 E. State Street
Columbus, Ohio 43215
*Server's address*

Additional information regarding attempted service, etc: