UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **LIBERTY COINS, LLC,** *et al.*, | : | Case No. 2:12-cv-00998 |
| **Plaintiffs,** | : | Judge Michael H. Watson |
| -vs- | : | Magistrate Elizabeth Preston Deavers |
| **Jacqueline Williams,** *et al.*, | : | |
| **Defendants.** | : | |

## ENTRY AND ORDER ON ATTORNEYS FEES AND COSTS

This matter is before the Court on Plaintiffs' entitlement to a payment of Attorneys Fees and Costs pursuant to 42 U.S.C. Section 1988. In an effort to efficiently resolve this matter without further litigation, the parties hereby stipulate as follows:

1. Defendant agrees to pay a rate of $380 per hour for Plaintiffs' counsel Maurice A. Thompson and $480 for Plaintiffs' counsel Curt Hartman. This agreement does not foreclose either party from arguing in any other context that a different rate is reasonable.

2. Although the parties disagree as to the total number of hours that were reasonably billed in this case, all parties are willing, in an effort to efficiently resolve this matter, to settle Plaintiffs' claim for attorneys' fees and costs for $140,912.00 for all fees and expenses incurred in this case.

3. Plaintiffs have delivered to Defendants a completed Form W-9, which Defendants will use to process payment to Plaintiffs' attorneys.

**IT IS ORDERED THAT** PURSUANT TO 42 U.S.C. SECTION 1988, DEFENDANTS SHALL PAY $140,912.00 TO 1851 CENTER FOR CONSTITUTIONAL LAW IN FULL SATISFACTION OF ALL PLAINTIFFS' ATTORNEYS' FEES AND EXPENSES INCURRED IN THIS CASE NO LATER THAN 30 DAYS FROM THE DATE OF THIS ORDER.

/s/ *Michael H. Watson*
Hon. Michael H. Watson
United States District Judge